SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Johnson<br><br>          Plaintiff,<br><br>   vs.<br><br>Laiwalla, et al<br><br>          Defendants | Case No. **2:09-cv-02616-GEB-DAD**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL JANUARY 17, 2010 FOR DEFENDANT(s) MEENA LAIWALLA; NOORALLAH LAIWALLA TO RESPOND TO COMPLAINT |

     Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Meena Laiwalla; Noorallah Laiwalla, by and through their respective attorneys of record, Scott N. Johnson; Erick C. Turner, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendants Mike Meena Laiwalla; Noorallah Laiwalla until December 18, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Meena Laiwalla and Noorallah Laiwalla are granted an extension until January 17, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants' Meena Laiwalla and Noorallah Laiwalla response will be due no later than January 17, 2010.

IT IS SO STIPULATED effective as of December 18, 2009

Dated: December __, 2009          _____

                                  Erick C. Turner,
                                  Attorney for Defendants
                                  Meena Laiwalla;
                                  Noorallah Laiwalla

Dated: December 18, 2009          /s/Scott N. Johnson ____
                                  Scott N. Johnson,
                                  Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Meena Laiwalla and Noorallah Laiwalla shall have until January 17, 2010 to respond to complaint.

Dated: 12/22/09

_____
GARLAND E. BURRELL, JR.
United States District Judge