IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>MEENA LAIWALLA, individually and d/b/a NEWCASTLE MINI MART;<br>NOORALLAH H. LAIWALLA, individually and d/b/a NEWCASTLE MINI MART,<br><br>  Defendants. | 2:09-cv-02616-GEB-DAD<br><br>ORDER OF DISMISSAL |

On January 26, 2010, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and that "[d]ispositional documents will be filed within (30) calendar days." Therefore, an "Order Re Settlement and Disposition" was filed on January 27, 2010, in which it was stated "a dispositional document shall be filed no later than February 26, 2010[; and, that f]ailure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed."

Since no response to the January 27, 2010, Order has been filed, and no reason has been provided for the continued pendency of this action, this action is dismissed without prejudice.

Dated:  March 3, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge